UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 12-11548-RGS

IKNATON-RHAJIK NZADDI

v.

CHRISTINE BROCKELMAN, et al.

ORDER

April 9, 2013

STEARNS, D.J.

On August 20, 2012, inmate Iknaton-Rhajik Nzaddi, a self-described follower of the Baha'i faith initiated this civil rights action seeking a kosher diet. See Complaint ("Compl."). By Order dated September 17, 2012, the Court allowed plaintiff's application to proceed without prepayment of the filing fee. See 9/17/12 Electronic Order. Assessment of an initial, partial filing fee was deferred so that plaintiff could file a copy of her prison account statement. Id. On November 19, 2012, plaintiff filed a copy of plaintiff's prison account statement. See Docket No. 8. By Memorandum and Order dated January 3, 2013, plaintiff was assessed an initial, partial filing fee and was advised that her complaint was subject to dismissal for failing to state a claim upon which relief may be granted. See Docket No. 9. Plaintiff was granted additional time to file an Amended Complaint. Id.

On February 28, 2013, two weeks after the deadline for filing an Amended Complaint had passed, plaintiff filed a motion for pretrial conference and enlargement of time line. See Docket No. 12. Plaintiff's motion was denied as premature and she was granted an additional twenty-one days to file an Amended Complaint. See 3/1/13 Electronic Order.

To date, Plaintiff has failed to respond to the March 1, 2013 Electronic Order and the time for doing so expired more than two weeks ago.  See Docket.

Accordingly, for the reasons stated in the January 3, 2013 Memorandum and Order, it is hereby ORDERED that plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief may be granted.

                SO ORDERED.

                /s/ Richard G. Stearns
                UNITED STATES DISTRICT JUDGE